THOMAS LUCE, Respondent, *v.* JULIUS D. ALEXANDER, Appellant.

(Argued June 23, 1885; decided October 6, 1885.)

*Joseph E. Newburger* for appellant.

*Charles N. Judson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

THOMAS T. AHRENBERG et al., Respondents, *v.* JAMES A. WRIGHT et al., Appellants.

(Argued June 24, 1885; decided October 6, 1885.)

*John A. Parsons* for appellants.

*W. W. Goodrich* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

EMELINE F. TOOKER, Respondent, *v.* JOSEPH S. WINSTON, Appellant.

(Argued June 26, 1885; decided October 6, 1885.)

*Joseph Hallock* for appellant.

*John Linn* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.